MICHAEL J. LEAHY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Leahy* v. *City of New York,* 151 App. Div. 937, affirmed.
(Submitted February 3, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover a balance alleged to be due under a contract for public work.

*Chase Mellen* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.